UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JOSUE NEHEMIAS LOPEZ-BARRERA

CASE NO. 6:25-cr-154-WWB-UAM

8 U.S.C. § 1326(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Illegal Re-Entry by Deported Alien)**

On or about May 6, 2025, in the Middle District of Florida, the defendant,

JOSUE NEHEMIAS LOPEZ-BARRERA,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about April 23, 2019, and on or about May 24, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

███████████████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Stephanie A. McNeff
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34

June 25

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOSUE NEHEMIAS LOPEZ-BARRERA

INDICTMENT

Violation: 8 U.S.C. § 1326(a)

A true bill,

███████████████

Foreperson

Filed in open court this 4th day

of June 2025

_____
Clerk

Bail $_____

GPO 863 525